**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

==Motion GRANTED.==

| | | |
|---|---|---|
| **CHRISTOPHER BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-cv-0540** |
| | ) | |
| **v.** | ) | **Judge Trauger** |
| | ) | |
| **UMANSKY HN, LLC, d/b/a** | ) | |
| **MUSIC CITY HONDA,** | ) | **Jury Demand** |
| | ) | |
| **Defendant.** | ) | |

**DEFEFNDANT UMANSKY HN, LLC d/b/a MUSIC CITY HONDA'S UNOPPOSED MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE OF AUGUST 13, 2018**

Randall J. Fishman, from the law office of Ballin, Ballin & Fishman, P.C., represents Defendants in this matter. An initial case management conference is scheduled for August 13, 2018 at 3:30 PM. It is respectfully requested that Randall J. Fishman be allowed to appear telephonically at the conference. Mr. Fishman will be appearing at a mediation on another matter, *RAL Investments, LLC v. Kevin Adams, et al,* Shelby County Chancery Court, docket No. CH-15-1015, which is scheduled for the same date in Memphis and Mr. Fishman will be unable to attend the initial case management conference in person. Accordingly, Randall J. Fishman makes this unopposed request that the Court permit him to appear telephonically at the initial case management conference.

Counsel for Defendants has conferred with Douglas Janney, counsel for Plaintiff, regarding this motion and counsel for Plaintiff has indicated that he is unopposed to the relief requested herein.